UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:22-cv-2072-FLA (SK)                                          Date: March 9, 2023
Title          LaQuinton D. Bowers v. James Hill et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:
None present                                              None present

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a California state prisoner who filed suit for several unrelated incidents against at least six correctional officers under 42 U.S.C. § 1983 for alleged violations of his constitutional rights. (ECF 1). The Court issued a screening order afterward on January 18, 2023, outlining the many factual and legal deficiencies in Plaintiff's complaint. (ECF 10). It also gave Plaintiff until February 17, 2023, to voluntarily dismiss or amend his complaint in light of those deficiencies. Meanwhile, Plaintiff evidently mailed on February 14, 2023, a notice of change of address, a request for production of documents, and a motion for appointment of counsel, all of which the Court received on March 2, 2023. (ECF 13, 14, 15). At the same time, the Court received no notice of undeliverable mail suggesting that Petitioner did not receive the January 2023 screening order. It is thus unclear whether Plaintiff's recent combination of filings was intended to respond to the screening order or if he never received that order because of his recent move to a new prison.

Plaintiff is thus ordered to show cause by **March 30, 2023**, why this action should not be dismissed for the reasons set forth in the screening order—another copy of which is attached to this order. Plaintiff may discharge this order by complying with the instructions in the January 2023 screening order. If Plaintiff files no notice of voluntary dismissal, no amended complaint, or no written response to this order by **March 30, 2023**, this action will be dismissed involuntarily for failure to prosecute with no further warning. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.