JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUINTON D. BOWERS,<br><br>             Plaintiff,<br><br>        v.<br><br>JAMES HILL, et al.,<br><br>            Defendants. | Case No. 5:22-cv-2072-WLH-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint Without Leave to Amend, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: June 8, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE